UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

QIANNA LATRICE QUARTMAN,

    Plaintiff,

v.                                             Case No. 22-CV-520

GREGORY ISAAC,

    Defendant.

## REPORT AND RECOMMENDATION TO DISMISS
## FOR FAILURE TO PROSECUTE[1]

On April 29, 2022, Qianna La'Trice Quartman filed a *pro se* complaint against Gregory Isaac (Docket # 1) and moved for leave to proceed without prepaying the filing fee (*in forma pauperis*) (Docket # 2). Quartman subsequently filed an amended complaint against Isaac on May 13, 2022. (Docket # 3.) On July 12, 2022, I entered an order granting Quartman thirty (30) days to submit a second amended complaint wherein she provides additional information in accordance with the instructions set forth in the order. (Docket # 5.) I also cautioned Quartman that failure to do so would result in her action being dismissed without further notice for failure to prosecute. (Docket # 5.) As of the date of this report and recommendation, Quartman has not submitted her second amended complaint.

---

[1] Because the defendant has not yet appeared and had an opportunity to consent to or refuse magistrate judge jurisdiction, I issue a report and recommendation regarding the dismissal of the petition. *See Coleman v. Labor and Indus. Rev. Comm'n*, 860 F.3d 461 (7th Cir. 2017).

Because it does not appear that Quartman intends to prosecute this action, dismissal is appropriate. Furthermore, Quartman has not heeded the court's warning that her action would be dismissed if she did not take the required steps, justifying dismissal with prejudice.

Therefore, **IT IS HEREBY RECOMMENDED** that Quartman's action be **DISMISSED WITH PREJUDICE** for failure to prosecute.

Your attention is directed to General L.R. 72(c), 28 U.S.C. § 636(b)(1)(B) and Federal Rules of Criminal Procedure 59(b), or Federal Rules of Civil Procedure 72(b) if applicable, whereby written objections to any recommendation or order herein, or part thereof, may be filed within fourteen (14) days of the date of service of this recommendation or order. Objections are to be filed in accordance with the Eastern District of Wisconsin's electronic case filing procedures. Failure to file a timely objection with the district court shall result in a waiver of a party's right to appeal. If no response or reply will be filed, please notify the court in writing.

Dated at Milwaukee, Wisconsin this 18th day of August, 2022.

BY THE COURT

NANCY JOSEPH
United States Magistrate Judge